NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AGUSTIN GARCIA,

    Plaintiff,

v.

CORRECTIONAL MEDICAL SERVICE, INC *et al.*,

    Defendants.

Civ. No. 13-1250

**MEMORANDUM ORDER**

THOMPSON, U.S.D.J.

    IT APPEARING that the parties have stipulated dismissal of all claims against all parties (ECF Nos. 274–76);

    IT IS on this 2nd day of July, 2019,

    ORDERED that this case is DISMISSED WITH PREJUDICE; and it is further

    ORDERED that the Clerk close this case.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.